## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

NIKKI D. KASSA,

       Plaintiff,

vs.                                                              No. CIV 10-0933 JB/ACT

THE PLANS ADMINISTRATION
COMMITTEE OF CITIGROUP,
INC. and LIFE INSURANCE COMPANY
OF NORTH AMERICA,

       Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed June

30, 2011 (Doc. 43), which granted Plaintiff Nikki D. Kassa the relief she requested in the Plaintiff's

Brief in Chief, filed February 21, 2011 (Doc. 30).  Because the Court's order resolves all matters

before it, the Court now enters final judgment.

**IT IS ORDERED** that the Court enters judgment for Plaintiff Nikki Kassa for $30,000.00,

including pre- and post-judgment interest, attorneys' fees, and costs, and the Court enters final

judgment.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Charles R. Finley
Warner & Finley
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Kristina Martinez
Holland & Hart, LLP
Santa Fe, New Mexico

-- and --

Jack M. Englert, Jr.
Holland & Hart, LLP
Greenwood Village, Colorado

*Attorneys for the Defendants*